UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA,            :

       Plaintiff,            :

   v.                                     6:92CR00029-003

                                                :

VINCENT PAONE

       Defendant.            :
_____

**ORDER**

    This cause came on for consideration on motion of the United States of America in accordance with the provisions of 18 U.S.C. §3573 (amended November 18, 1988) for remission of the balance of the fine imposed on February 12, 1993, in this cause; and the Court having considered the motion is of the opinion that the motion is well taken and the $1,875.00 balance of the fine imposed on February 12, 1993, against the above-named defendant, is hereby remitted.

    **THUS DONE AND SIGNED** this 1st day of May 2006, at Rochester, New York.

                                            S/ MICHAEL A. TELESCA
                                            MICHAEL A. TELESCA
                                            United States District Judge